IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**FRANKIE WILLIAM STROUP,**

      **Plaintiff,**

v.                                        CIVIL ACTION NO. 2:19-CV-15
                                             (JUDGE KLEEH)

**PATRICK RYAN,**
**JOHN JUSTICE,**
**JENNIFER FLEMING,**
**SHEVONA LUSK,**
**DAVID SUDBECK,**

      **Defendants.**

## REPORT AND RECOMMENDATION RECOMMENDING DISMISSAL

On February 19, 2019, Plaintiff filed a Complaint in this Court seeking relief alleging several constitutional rights violations, including failure to provide an adequate law library in the William R. Sharpe, Jr. Hospital; he was wrongfully refused a release hearing; and sought a declaratory judgment regarding the law library and access to legal supplies; and an injunction ordering Plaintiff's release form William Sharpe, Jr. Hospital. On April 9, 2019, Defendant John Justice and Patrick Ryan filed a *Joint* Motion to Dismiss the Complaint. On April 15, 2019, the undersigned issued a *Roseboro Notice*. On April 26, 2019, Plaintiff filed a *Pro se Motion for Voluntary Dismissal*, pursuant to Rule Civil Procedure 41(a)(1)(A).

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's Motion for Voluntary Dismissal be **GRANTED** and Plaintiff's Complaint be **DISMISSED without Prejudice.**

Any party shall have fourteen days from the date of filing this Report and Recommendation within which to file with the Clerk of this Court, **specific written objections, identifying the**

**portions of the Report and Recommendation to which objection is made, and the basis of such objection.** A copy of such objections should also be submitted to the United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to file written objections as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a Copy of this Report and Recommendation of counsel of record and by Certified Mail to all *pro se* parties, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Date: April 29, 2019

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE