IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**FRANKIE WILLIAM STROUP,**

    **Plaintiff,**

v.                                     CIVIL ACTION NO. 2:19-CV-15
                                        (JUDGE KLEEH)

**PATRICK RYAN,**
**JOHN JUSTICE,**
**JENNIFER FLEMING,**
**SHEVONA LUSK,**
**DAVID SUDBECK,**

    **Defendants.**

## AMENDED REPORT AND RECOMMENDATION RECOMMENDING DISMISSAL

On April 29, 2019, the undersigned filed a Report and Recommendation (ECF No. 26) recommending dismissal based on Plaintiff's Pro Se Motion for Voluntary Dismissal (ECF No. 25). Subsequently, Defendant Shevona Lusk and Defendant David Sudbeck have filed respective Motions to Dismiss (ECF Nos. 29, 32). Accordingly, the undersigned hereby **AMENDS** its previous Report and Recommendation and **RECOMMENDS** that Plaintiff's Pro Se Motion for Voluntary Dismissal (ECF No. 25) be **GRANTED** and the Motions to Dismiss filed by Defendants John Justice (ECF No. 20), Patrick Ryan (ECF No. 20), Shevona Lusk (ECF No. 29), and David Sudbeck (ECF No. 32) be **GRANTED**.

Any party shall have fourteen days from the date of filing this Report and Recommendation within which to file with the Clerk of this Court, **specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection.** A copy of such objections should also be submitted to the United States District

Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to file written objections as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a Copy of this Report and Recommendation of counsel of record and by Certified Mail to all *pro se* parties, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Date: September 23, 2019

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE